**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUBERT AGUILAR, ) | NO. CV 10-09314 JVS (SS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| KATHLEEN ALLISON, Acting Warden, ) ET AL., ) | |
| ) | |
| Respondents. ) | |

Pursuant to the Court's Order Accepting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 22, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE